From: **Carol Siemon** <CSiemon@ingham.org>
Date: Tue, Aug 18, 2020, 4:24 PM
Subject: your requests for input about planned election-related activities
To: Sallen@wowway.com <Sallen@wowway.com>, lindaleetarver@gmail.com <lindaleetarver@gmail.com>
Cc: Linda Vail <LVail@ingham.org>, Benjamin Hall <BHall@ingham.org>, Michael Cheltenham <MCheltenham@ingham.org>

Thank you for your letters I received today concerning important election-related events. I consider voting to be one of the fundamental rights of all citizens and encourage efforts to support voter registration and election-related activities. We share your concern about how to plan for important events for the future when Covid 19 has created such a changing landscape.

We will provide you a response to your inquiries ASAP. The simple, but incomplete, answer is that we do enforce the governor's executive orders (EO) via a citation or criminal complaint, but only if that is the last resort to guarantee adherence and public safety. I have asked for guidance from our county Health Officer and the assistant prosecutor I've assigned as our point person on EOs. While I can never promise in advance if we will or will not charge someone in a specific future situation, we do attempt to provide as much guidance as we can about the kinds of factors we would evaluate before authorizing a warrant.

A perhaps significant factor that was not mentioned in either of your letters is the capacity of the specific venues you plan to use. Social distancing in a ballroom with a capacity for 500 persons would potentially be a very different issue from using a smaller capacity room, for example.

Carol A. Siemon

Ingham County Prosecutor

303 W. Kalamazoo Street 4R

Lansing, MI  48933

Exhibit C

(517) 483-6272

csiemon@ingham.org