From: **Carol Siemon** <CSiemon@ingham.org>
Date: Tue, Aug 18, 2020, 5:11 PM
Subject: RE: your requests for input about planned election-related activities
To: Sallen@wowway.com <Sallen@wowway.com>, lindaleetarver@gmail.com <lindaleetarver@gmail.com>

I have had an opportunity to consult with our county health director and consider the various EOs and how they interplay. I am sorry to report that your events, as planned, do not comply with the EOs. More importantly, it is simply unsafe to have that many people together even if it were a vast room. I understand that Zoom is imperfect but that might be the only option that follows the EOs. I will suggest that I have recently been a part of a large national zoom meeting where individual breakouts were created throughout the full day event and those were very effective for breaking out for discussions, etc and then reconvening as a large group. These are very challenging times and while I wish I could say "but for a good cause like this the rules can be broken," that is simply not safe or fair for others.

This is what my public health director reported:

"The EO only allows 10 indoors.   Even in a huge ballroom.  Bars and restaurants are 50% capacity.  Indoor gatherings are at 10.  So these events aren't happening.  Lansing Center is not holding any meetings or conferences.  Same with Henry Center on campus and so on.  I had that one interpreted by the state as well."

Carol A. Siemon

Ingham County Prosecutor

303 W. Kalamazoo Street 4R

Lansing, MI  48933

(517) 483-6272

csiemon@ingham.org

Exhibit D

**From:** Carol Siemon
**Sent:** Tuesday, August 18, 2020 4:25 PM
**To:** 'Sallen@wowway.com' <Sallen@wowway.com>; 'lindaleetarver@gmail.com' <lindaleetarver@gmail.com>
**Cc:** Linda Vail <LVail@ingham.org>; Benjamin Hall <BHall@ingham.org>; Michael Cheltenham <MCheltenham@ingham.org>
**Subject:** your requests for input about planned election-related activities


Thank you for your letters I received today concerning important election-related events. I consider voting to be one of the fundamental rights of all citizens and encourage efforts to support voter registration and election-related activities. We share your concern about how to plan for important events for the future when Covid 19 has created such a changing landscape.


We will provide you a response to your inquiries ASAP. The simple, but incomplete, answer is that we do enforce the governor's executive orders (EO) via a citation or criminal complaint, but only if that is the last resort to guarantee adherence and public safety. I have asked for guidance from our county Health Officer and the assistant prosecutor I've assigned as our point person on EOs. While I can never promise in advance if we will or will not charge someone in a specific future situation, we do attempt to provide as much guidance as we can about the kinds of factors we would evaluate before authorizing a warrant.


A perhaps significant factor that was not mentioned in either of your letters is the capacity of the specific venues you plan to use. Social distancing in a ballroom with a capacity for 500 persons would potentially be a very different issue from using a smaller capacity room, for example.


Carol A. Siemon

Ingham County Prosecutor

303 W. Kalamazoo Street 4R

Lansing, MI  48933

(517) 483-6272

csiemon@ingham.org