From: **Denise Fair** <faird@detroitmi.gov>
Date: Fri, Aug 21, 2020, 5:13 PM
Subject: Re: [EXTERNAL] Re: 8/28 One Nation MI Event in the City of Detroit
To: Dr. Linda Lee Tarver <lindaleetarver@gmail.com>

Hi Dr. Tarver,
Even with masks, the event with 150 people inside or outside will go against the Governor's Executive order.

Denise

Denise Z. Fair, MBA, MPH, FACHE
Chief Public Health Officer
Detroit Health Department
City of Detroit
Office: 313-876-4284

faird@detroitmi.gov
http://www.detroitmi.gov/health

Michael E. Duggan, Mayor

---

**From:** Dr. Linda Lee Tarver <lindaleetarver@gmail.com>
**Sent:** Thursday, August 20, 2020 7:50:20 PM
**To:** Denise Fair <faird@detroitmi.gov>
**Subject:** [EXTERNAL] Re: 8/28 One Nation MI Event in the City of Detroit

Hello Ms. Fair,

Thank you so much for your prompt response. I believe we can accomplish six-feet social distancing we limit our Detroit event to 150 people. Would that be permissible if we require masks?

Blessings

Linda Lee Tarver

Exhibit F

> On Thu, Aug 20, 2020, 3:49 PM Denise Fair <faird@detroitmi.gov> wrote:
>
>> Dr. Linda Lee Tarver,
>>
>> In response to your request to hold an indoor event in Detroit and in accordance with Executive Order 2020-160, subsection 7 (3), the described One Nation MI event on August 28, 2020 in Detroit would only be permissible if there are **less than** 10 people with appropriate social distancing and enforcement of masks. See below for the referenced section of the Executive Order. This part of the Executive Order refers directly to indoor social gatherings or organized events, which would involve bringing together persons from multiple households at the same time for a discrete, shared or group experience in a single room, space, meeting hall, or other indoor space.
>>
>> Executive Order 2020-160: Amended Safe Start Order
>>
>> **7. Rules on gatherings, events, and large venues.**
>>
>> (a)  (3) If it is indoors, the gathering or event does not exceed **10 people**
>>
>> (4) If it is outdoors, the gathering or event does not exceed **100 people**
>>
>> However, if the event were to take place outdoors where proper Social Distancing Procedures Recommended by the CDC could occur, the event would allow up to 100 people to attend. A main part of these procedures would include, but not limited to, all guests must wear proper masks and distance themselves 6 feet apart from other participants. In any particular outdoor event, it would be the responsibility of the facility at which the event is being held to ensure they are following their specific safeguards referenced in Executive Order 2020-161 as well as the MIOSHA Guidance on Preparing Workplaces for COVID-19.
>>
>> It is also a recommendation where possible, that events make use of a virtual platform which would provide for the safest possible scenarios in regards to attendees' safety and health. A hybrid version of moving the event to outdoors as well as virtual would also decrease the amount of gatherings and also provides a safer alternative for people who are at high risk COVID-19 for a severe outcome.
>>
>> I hope you find this information helpful. Should you have any additional questions, please do not hesitate to reach out to the Detroit Health Department at 313-876-4000 or you may email me directly.
>>
>> Thanks,

Denise

**Denise Z. Fair, MBA, MPH, FACHE**
Chief Public Health Officer
Detroit Health Department

City of Detroit

Office: 313-876-4284

Cell: 313-580-1422

faird@detroitmi.gov
http://www.detroitmi.gov/health

Michael E. Duggan, Mayor



---

ATTENTION: This email was sent from an external source. Please be extra cautious when opening attachments or clicking links.