UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELECTION INTEGRITY FUND, et al.,

       Plaintiffs,                        Case No. 1:20–cv–805

v.                                    Hon. Paul L. Maloney

GRETCHEN WHITMER,

       Defendant.
_____/

**NOTICE REGARDING ASSIGNMENT OF CASE**

     NOTICE is hereby given that the above–captioned case was filed in this court on August 24, 2020 .   The case has been assigned to Paul L. Maloney .

CLERK OF COURT

Dated:  August 26, 2020        By:   /s/ N. Stimec_____
                                                  Deputy Clerk