**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| ELECTION INTEGRITY FUND, *et al.*, ) | |
| ) | Case No. 1:20-cv-00805 |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | **ORAL ARGUMENT** |
| GRETCHEN WHITMER, in her official ) | **REQUESTED** |
| capacity as Governor of Michigan, ) | |
| ) | |
| Defendant. ) | |

**EXPEDITED CONSIDERATION REQUESTED**

### STIPULATION AND ORDER REGARDING EXPEDITED CONSIDERATION OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

WHEREAS Plaintiffs filed their Consolidate Motions for Preliminary Injunction & Expedited Consideration, Suggestions in Support, and supporting affidavits on September 4, 2020 (ECF Nos. 6-7);

WHEREAS the parties agree to an expedited briefing schedule as set forth below for Plaintiffs' Motion for Preliminary Injunction; and

WHEREAS, should the Court seek oral argument on Plaintiffs' motion, counsel for the parties are available for hearing on September 24, 25, 28, 29, and 30, and can provide additional available dates at the Court's request.

WHEREFORE the parties stipulate to the following briefing schedule for Plaintiffs' Motion for Preliminary Injunction:

1. Defendants' papers in opposition shall be filed on or before September 15, 2020; and

2. Plaintiffs' reply, if any, shall be filed on or before September 21, 2020.

SO ORDERED this <u>8th</u> day of September, 2020:

<u>/s/ Paul L. Maloney</u>
Hon. Paul L. Maloney

The parties hereby Stipulate and Agree:

*/s/ Edward D. Greim*
Edward D. Greim
Attorney for Plaintiff

*/s/ Neil Giovanatti*
Neil Giovanatti (P82305)
Attorney for Defendant