UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELECTION INTEGRITY FUND, et al.,

       Plaintiffs,                    Case No. 1:20–cv–805

v.                                     Hon. Paul L. Maloney

GRETCHEN WHITMER,

       Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

Motion(s):        Motion for Preliminary Injunction (ECF No. 6)
Date/Time:       October 2, 2020   09:00 AM
District Judge:   Paul L. Maloney
Place/Location:  174 Federal Building, Kalamazoo, MI


                                                   PAUL L. MALONEY
                                                 United States District Judge

Dated:  September 18, 2020       By:  /s/ Amy C. Redmond_____
                                                         Case Manager