UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| ELECTION INTEGRITY FUND and ONE NATION MICHIGAN, | ) ) | |
| Plaintiffs, | ) ) | No. 1:20-cv-805 |
| -v- | ) ) | Honorable Paul L. Maloney |
| GRETCHEN WHITMER, | ) ) | |
| Defendant. | ) ) | |

## ORDER TO RESPOND

Plaintiffs allege that the portion of Governor Gretchen Whitmer's Executive Order limiting the number of people in social gatherings and organized events, both indoor and outdoor, violate various freedoms protected by the First Amendment. In their motion for a preliminary injunction, Plaintiffs refer to particular gatherings they have scheduled.

Effective October 9, 2020, Executive Order 2020-183 rescinds the prior Executive Order that limits the size of gatherings. The new Executive Order expands the size limits for both indoor and outdoor social gatherings and organized events.

The Court would like the parties to address if and how the new Executive Order affects the pending motion for a preliminary injunction. The parties must file their responses by noon (12 p.m.) on Thursday, October 1, 2020. The brief must comply with the word count limits placed on REPLY briefs for civil motions found in Local Rules for Civil Procedure 7.2(c). **IT IS SO ORDERED.**

Date: September 28, 2020                                    /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge