UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:**  Election Integrity Fund, et al v. Whitmer

**Case Number:**  1:20-cv-805
**Date:**  October 2, 2020
**Time:**  9:07 a.m. - 10:04 a.m.
**Place:**  Kalamazoo
**Judge:**  Paul L. Maloney

**APPEARANCES**

      Plaintiffs:  Edward Dean Greim (via video conference)

      Defendant:  Neil Anthony Giovanatti (via video conference)

**PROCEEDINGS**

Nature of Hearing:  Hearing on Plaintiffs' motion for preliminary injunction (ECF No. 6); motion taken under advisement, opinion and order to issue

Court Reporter: Kathleen Thomas        Case Manager: Amy Redmond