# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ELECTION INTEGRITY FUND, *et al.*, | Case No. 1:20-cv-00805 |
| Plaintiffs, | |
| v. | Hon. Paul J. Maloney |
| | Mag. Phillip J. Green |
| GRETCHEN WHITMER, in her official capacity as Governor of Michigan, | |
| Defendant. | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Election Integrity Fund and Glen Sitek, by and through undersigned counsel, hereby voluntarily dismiss this action in its entirety without prejudice.

Respectfully submitted this 16th day of October, 2020.

**GRAVES GARRETT, LLC**

*/s/ Edward D. Greim*
Edward D. Greim
Special Counsel, Thomas More Society
Missouri Bar No. 54034
GRAVES GARRETT, LLC
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Tel.: (816) 256-3181
Fax: (816) 222-0534
edgreim@gravesgarrett.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

      I, Edward D. Greim, certify that on October 16, 2020, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which sent notification to the following via e-mail:

    Samantha Loree Reasner
    Neil Anthony Giovanatti
    Office of the Governor, State of Michigan
    George W. Romney Building
    111 S. Capitol Avenue
    Lansing, MI 48909
    (517) 241-0061
    reasners@michigan.gov
    giobanattin@michigan.gov

                **GRAVES GARRETT, LLC**

                */s/ Edward D. Greim*
                Edward D. Greim
                Special Counsel, Thomas More Society
                Missouri Bar No. 54034
                GRAVES GARRETT, LLC
                1100 Main Street, Suite 2700
                Kansas City, Missouri 64105
                Tel.: (816) 256-3181
                Fax: (816) 222-0534
                edgreim@gravesgarrett.com

                *Attorney for Plaintiffs*